IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 06-cr-00270-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
      a/k/a Cash,
      a/k/a Almighty Dollar,
      a/k/a A.D.

      Defendant.

---

## MINUTE ORDER[1]

---

On March 26, 2013, the court conducted a telephonic setting conference to set an evidentiary hearing and oral argument concerning the quantity of controlled substance that must or maybe considered by the court for the purposes of sentencing, and to reset the sentencing hearing in this case. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

    1. That on **May 30, 2013**, commencing at 1:30 p.m., the court shall conduct the evidentiary hearing and oral argument as stated above. The court reserving the remainder of the afternoon for this hearing;

    2. That on **June 13, 2013**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing, reserving the remainder of the morning for this hearing;

    3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for both hearings; and

    4. That the telephonic setting conference set for April 2, 2013, is **VACATED**.

    Dated: March 26, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.